**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON**

Eastern District of Kentucky
**FILED**

JAN 2 2 2016

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL NO. 2:14-35-ART-JGW**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**V.**        <u>**PARTIAL FINAL DECREE AND ORDER OF FORFEITURE**</u>

**LOUIS JOSEPH BROTHERS**                                       **DEFENDANT**

\* \* \* \* \*

WHEREAS, on October 5, 2015, this Court entered an order of forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(l)(C), 22 U.S.C. § 401, 18 U.S.C. § 982(a)(1), and 28 U.S.C. § 2461(c);

AND WHEREAS, notice of the United States' intention to dispose of the seized property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published on an official government internet website for 30 consecutive days beginning October 7, 2015 (Declaration of Publication attached as Ex. A); and no claim having been made,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.     That the United States Marshals Service shall forthwith seize the following forfeited property and dispose of it in accordance with the law:

**FINANCIAL ACCOUNTS**:
   a. $261,015.82 seized from Fifth Third Bank Account No. ******1621 in the name of Louis J. Brothers d/b/a Valley Forge Composite Technologies; and
   b. $1,145,844.87 seized from UBS Account No. ***6479 in the name of Louis J. Brothers d/b/a Valley Forge Composite Technologies.

2. That the above-listed property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.

3. That any and all forfeited funds, and the proceeds of sale from any forfeited property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or other disposition of the forfeited property, shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with Title 28 U.S.C. §524(c) and Title 21 U.S.C. § 881(e).



Signed By:
Amul R. Thapar
United States District Judge

2